United States District court
District of massachusetts
CA 04-30115-KPN

Plaintiff's Name

Behzad A. Samimi.
36 Emerald Rd.
Springfield, MA 01119
(413) 782-0258

Civil Action

No. 440

Defendant's Name

TYCO Healthcare/Ludlow/Kendall-LTP (Ludlow Technical products, LTP)
two Ludlow park Drive
Chicopee, MA 01022
(413) - 593-6400

(( Motion for appointing councel ))

parties

1) - The plaintiff is a resident of Springfield, MA (Hampden) and a citizen of the united states

2) The defendant Tyco/Healthcare/Ludlow/Kendall-LTP is a resident of chicopee, MA, and a citizen of united states

Jurisdiction

- this court has jurisdiction over this matter pursuant to 28 U-S-C §1332

I have app

I have approached many lawers to represent me
in this case –    All have voiced their concerns
that due to the nature of case being complicated
and this case is going to be consirdered a high
profile case against a company (TYCO) which has
37 billion dollars sales, they don't have the man-
power and resources available to them to accept
my case as in "Contingency bases" –    they all
want to be paid as the case goes forward
hourly in advance –

please notices that I have 4 dependents and
a very limited source of income – Financially
under no circumstances can afford to pay
for attorney's fees – As it is financially I
can barely pay for my family day-to-day
expenses –

Sincerly yours
Behzad A. Samimi
June 17, 2004