UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEHZAD A. SAMIMI,
      Plaintiff,

v.

TYCO HEALTHCARE/LUDLOW/KENDALL
– LUDLOW TECHNICAL PRODUCTS, LTP,
      Defendants.

Civil Action No. 04-30115-KPN

## DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT

Defendant, Ludlow Technical Products, a Division of Tyco Healthcare Group LP (hereinafter "Ludlow")[1] files this motion to dismiss Plaintiff's complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6) due to the fact that it fails to state claims upon which relief may be sought. In the alternative, Ludlow moves pursuant to Fed. R. Civ. P. 12(e) for a more definite statement as Plaintiff's complaint is devoid of details that would permit Ludlow to file an answer. In support of its motion, Defendant relies upon the accompanying Memorandum of Law.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Defendant certifies that it attempted to confer with Plaintiff in a good-faith effort to resolve the issue raised in this matter.

---

[1] Plaintiff misnames Ludlow in his Complaint as Tyco Healthcare/Ludlow/Kendall-Ludlow Technical Products, LTP. Ludlow is unaware of any entity with the name alleged by Plaintiff.

Ludlow requests a hearing on this motion.

>Respectfully submitted,
>
>LUDLOW TECHNICAL PRODUCTS, A DIVISION OF TYCO HEALTHCARE GROUP LP
>By its attorneys,
>
>/s/ Stephen T. Paterniti
>Andrew C. Pickett, BBO #549872
>Stephen T. Paterniti, BBO #564860
>Jackson Lewis LLP
>75 Park Plaza
>Boston, MA 02116
>(617) 367-0025

Dated: July 9th, 2004

## CERTIFICATE OF SERVICE

A copy of the above document was served this 9th day of July, 2004, upon Plaintiff, Behzad A. Samimi, 36 Emerald Road, Springfield, MA 01119, via first class mail.

>/s/ Stephen T. Paterniti
>Jackson Lewis LLP

H:\PaterniS\tyco healthcare\ludlow\Samimi\pleadings\motion to dismiss.doc