# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

BEHZAD A. SAMIMI,

   Plaintiff(s)

             v.                CIVIL ACTION NO. 3: 04-30115-MAP

TYCO HEALTHCARE/LUDLOW/KENDALL
LUDLOW TECHNICAL PRODUCTS, LTP.,

   Defendant(s)

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Tyco Healthcare/Ludlow/Kendall Ludlow Technical Products LTP., against the plaintiff Behzad A. Samimi, pursuant to the court's endorsed order entered this date, granting the defendants' motion to dismiss.

                                       TONY ANASTAS,
                                       CLERK OF COURT

Dated:  September 16, 2004          By  /s/ *Maurice G. Lindsay*
                                             Maurice G. Lindsay
                                             Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                            [jgm.]