BEHZAD A. SAMIMI                                                                                  Page-1

## BEHZAD A. SAMIMI

36 Emerald Road • Springfield, Massachusetts 01119

Email: samimibdvs@aol.com/ Home: (413) 782-0258

---

Date:             September 29, 2004

(This "Motion" was dropped off at the Court's Lobby Filing Box)
"Please, see the stamp of the "Box", indicating date and the time"

To:               The Honorable Board of Appeals, Judge Michael A. Ponsor
                  United States District Court
                  Office of the Clerk
                  United States Courthouse
                  1550 Main Street
                  Springfield, MA 01103

Re:               Behzad A. Samimi (Plaintiff)/ Verses
                  TYCO Healthcare/ Ludlow/ Kendall,
                  Ludlow Technical Product, (Defendants)

Civil Action No:  04-30115- KPN

Subject:          Motion for Reconsideration/ &
                  Reversing the "Motion to dismiss"


The Honorable Michael A. Ponsor, Judge & Board of Appeals:


## PURPOSE OF FILLING THIS LETTER

I.    Your honor, very respectfully yours, I am writing this "Motion for Reconsideration" letter to your attention as the result of having been notified of your order entered of granting "Motion to Dismiss". The reason for the court dismissal of my case has been noted by the court that I have failed to file an opposition to the defendant's letter dated July, 9, 2004.

BEHZAD A. SAMIMI                                                                                                  Page-2

II.     Your honor, now that I have been informed that I am required to make an opposition letter I would be more than glad to respond the defendant's response letter dated July 9, 2004. I also would like to amend my complaint, but I have been advised by the court's "Deputy Clerk" that first I would need to file motion for the reconsideration of my dismissed case and then I after the reversing decision has been granted then I can write my opposition to the defendants respond. Your honor, as soon as I am notified by the court that I have been granted the "Motion to Reconsider" I will be preparing an appropriately a detailed opposition position statement to the defendant's letter and amend my original complaint for your review.

III.    Your honor, before I proceed, I would like to take this opportunity and I apologize to the honorable board of appeals that I am a "Pro Se" ordinary plaintiff without a lawyer, and obviously just like many other "Pro Se" individuals I am unfamiliar with the detailed legal requirement, procedures, research and writing techniques.


## BACKGROUND

1)-     Your honor, it is very important that my previously submitted original complaint letter to the Federal Court (a 17-Pages) in which was addressed to MCAD (August 1, 2002) and to OSHA on dated August 6, 2002 and other "Position Statements" to be read before reading this letter. However, in order to make it easier for the court to understand I am summarizing the sequence of the legal action that I had been taking against the above defendant's into this "Background" section of my letter.

2)-     Please note that since I could not afford a lawyer on my own, I could not pull my case out of below listed agencies to any attorney's office. That is why that, therefore I had to continue to represented myself on all of the below legal actions.

3)- My submitted written description of the events, and "Opposition Statements Letters" that has been submitted on this case for the legal actions against the above defendant' are as follow:

| Date | Addressed to: | Nature of Legal Actions Taken | # of Pages |
|---|---|---|---|
| 8/1/2002 | MCAD | Original Complaint | 17 (typed) |
| 8/6/2002 | OSHA | (same above MCAD Letter) | ----- |
| 9/4/2002 | OSHA | Appeal of the Case Dismissal | 14 (typed) |
| 10/19/2002 | Office of United States Senators Kerry, Senator Kennedy US- Dept. of Labor, US- OSHA Chief, US-OSHA Director & MCAD Director | Grievance & experience going through my case in regards with the OSHA laws. Under the Subject: "A very controversial & pressing issues that are affecting negatively and unfairly millions of American workers. A deficient current OSHA missions that is discouraging, injurious, and reduces workers productivity and morality". | 6 (typed) |
| 12/20/2002 | MCAD | Opposition/Rebuttal Letter (respond to Defendant's Rebuttal) | 25 (typed) |
| 12/20/2002 | MCAD | Addendum to the above letter | 3 (hand) |
| 5/16/2003 | MCAD | Appeal of the Case Dismissal | 1 (typed) |
| 9/10/2003 | MCAD | Appeal of the Case Dismissal | 32 (hand) |
| 6/17/2004 | US District Court | Filed Grievance/ Complaint, Filed to Appoint a Counsel (Lawyer), | 3 (hand) |
| 6/28/2004 | US District Court | Appealed the denial of counsel | ---- |
| 9/16/2004 | US District Court | Case Dismissed for "Failed to Opposition" | ---- |
| 9/29/2004 | US District Court | Filed Appeal for "Reasons Why to Reconsider & Reversing the Dismissal" | 13 (typed) |

## Reasons that MCAD Dismissed My Case:

a)- This is a very unique case in which unfortunately the above defendant's series of retaliatory safety and disparate incidents and it's unethical nature of events interconnects with both OSHA & MCAD. Since, the MCAD has no jurisdiction with doing and assigning their investigators for the investigation of the health and safety complaint issues. That is what I was told verbally by the MCAD Investigating

Officers that they had to dismiss my case at the MCAD.

b)- Originally when I filed with the MCAD on 8/1/2003 I was told about this conflict of interest and guidelines, the deficiency of the MCAD regulation and the lack of MCAD authority in regards with the health and safety investigation processing. Therefore, since not being able to investigate the incidents. MCAD on the very same day of my complaint filing with them on 8/1/2002 referred me to also file with the OSHA Office. Therefore, on 8/6/2002, by the MCAD recommendation the very same complaint with MCAD was also filed with the OSHA Office.

c)- However, MCAD at their final ruling of my dismissal did not mention anything about not having jurisdiction about the health a& safety investigation, and that the reason they had decided to dismiss my case with them. They merely stated at their findings that they are dismissing my case for the "Lack of Probable Cause". This was/is an absolutely false and incorrect/ incomplete statement that needs to be corrected.

## Reasons that OSHA Office Dismissed My Case:

OSHA office merely dismissed my case as for the reason of untimely filed (meaning not filed within 30-days time limitation of my employment termination). They afforded me the opportunity to file an appeal of their dismissal, in which I did, but then again my case was dismissed for a second time. Although, after my case was dismissed I have been told that OSHA investigators on many occasions had visited the above defendants workplace and have found all my safety concerns and all the specified detailed safety violations on my original complaint filings was completely accurate.

-----------------------

## Reasons this "Reconsiderations Motion" Could Not Have Been Filed Any Sooner (Although this filing is still within 14-day time frame, Please see the above Filing date):

a)- To my very surprise and unexpectedly I received the "dismissal ruling notice" date of 9/17/04 on Friday September 24, 2004. Please notices that with apology I had not received this dismissal letter not until I had come back from the state of "Arkansas", due to a week long condense hands-on mass casualty decontamination disaster response

training course. I could not have been able to respond to the court's "Motion to Dismiss" notification any sooner. Your honor, I had out of state and was actively involved to be a emergency response volunteer and performing as a "Training Team Leader, Train the Trainer Program", (please see attached). I am proud to say now that I have successfully completed this training I will be contributing to our great society as one of the lead volunteer "Regional DEMPS Coordinator, Disaster Emergency Medical Personnel System". I am now considered one of the point of contact for the disaster workforce deployment which includes "Train the Trainer Program". Additionally, I am currently working as a "Safety Officer" volunteering my time as an active committee member of the "Local/ Region Disaster Emergency Management Planning & Emergency Respond Task Forces". As part of this training I am now qualified to commence enthusiastically as a "team leader function" to implement a comprehensive local disaster hands-on training practices and recovery from mass casualty incidents. I will be doing the decontamination procedural practices and safety training for total of over 600 facility wide staffs and hospital clinicians. This is to be done to effectively and successfully respond to any national/ local catastrophic and disastrous emergency recovery situations.

b)- Your honor, please notice that I could not have been able to effectively file for reconsideration of my dismissed case any sooner since I am employed full time, with 2- small children and two disable parents. Presently I am going through divorce trial with my wife in a few weeks. Please notice that my wife had left me with our two small children shortly after the above defendant retaliatory terminated my position (please see the previously submitted September 4, 2002 to OSHA for detailed explanations). Presently I am going through so much depression as the result of all the above and the pressure of writing this lengthy "Motion to Reconsideration Letter". I wanted to be effective and make it easier for the court to understand this letter. On this particular case of mine, I could not just write a draft opinion. Writing this letter had required me to spend tremendous amount of time, writing and rewriting in order to bring the facts to the courts attention for reconsideration. Additionally, please also take into consideration that English is not my native language. So, obviously, it takes me a lot longer to think and put my words in writing than an individual that is born and raised in this counter. I, as a primary writer with no understanding technicality of the law (not an attorney or a professional writer) had to invest extensive time to put this "motion

for reconsideration" in writing format that is easily understood. This is while I am currently suffering from a major depression, and anxiety conditions. And, that I am still unable to deal adequately with my legal issues, my children separation from me, other family members' anxiety transformation affected by my stressful situations. Other stressful condition such as having to represent myself on this case with added financial difficulty resulted from being unemployed for 1-years caused by the above defendants retaliatory employment termination. As I am writing this letter many times I had to find myself changing language in a draft without conscious thought, that procedural improvement needed, just writing a simple sentence seemed a big chore for me and sometimes impossible to complete.

### Reasons Why To Reconsider & Reversing Your "Motion to Dismiss"

With my full apology to your honor, I am very regretful that I had misinterpreted or misunderstood the federal court technical requirement of opposition respond letter based on the following circumstances and misinterpretations:

A. The defendant at their July 9, 2004 "Motion to Dismiss Letter Page-2, Certificate of Service", has indicated that "A copy of the above document was served this 9th day of July, 2004 upon Plaintiff, Behzad A. Samimi, 36 Emerald Road, Springfield, MA 01119, via first class mail". But, on the contrary to their statement, attached you can see a copy of the defendant's mail delivery indicating that their mail was sent to me through a normal delivery mailing system. They paid only 0.83 Cents, and that price was as the result of being a large envelop and was priced based on the weight of the mail. The mail looked as an unofficial mail, and, that no place on the mail spells out the word of "First Class". Beside even if it would have specified first class in which it does not, it would not have made no differences, since it did not require the signature of the recipient (me) to begin with. Please also notice that the mail was <u>not</u> hand delivered to the recipient and just like any other regular mailing was left inside my mail box by the mailman. It also appeared that the outside of the mail envelop appearance look like as if it is just a junk mail/ advertising mail delivery. I could have always accidentally have tossed out the envelope into the trash. It appears as if the defendant was hoping me to do the exact same thing. This way not responding to their letter the court

would automatically have considered this case against the defendant as "Motion to Dismiss for Failing to File an Opposition".

B. Your honor, it appears to me that the above defendant has attempted to mislead me intentionally seeing as I am not an attorney. They had sent their copies of the July 9, 2004 to me through an official regular delivery mailing and not through a certified mailing delivery requiring the recipient signature. By doing so, there is a good chance that I would think that their respond letter was just a duplicated copy of their respond to the court and that their letter is not directed to me. And, or that I would most likely miss the 14-days respond deadline by not responding to their opposition letter. Please also notice that additionally, there are other possibilities such as mail would be lost, stolen or misplaced in the process of delivery. And, or that simply I could have been away from town not aware of their "Motion Letter" and certainly therefore not being able to respond within a specific 14-days required time frame.

C. Not being an attorney, I misinterpreted and assumed that my opposition letter to the defendant's answers only needed to be directed by the federal court.

D. I was made to believe that the defendant's position statement was to be directed to the court only and not to me and that the defendant has simply has send me a an unofficial duplicated copy of their respond to the court as the defendants or the plaintiffs are required to do so.

E. That as in my previous dealing with other local and state investigating agencies in regards with this same case, as the defendant is also well aware that the standard practice has been that the investigating agency would instruct and indicate a respond time frame and, or that the agency would give a time frame in writing to the parties to respond opposition, or decide whether the arguments that has been raised are persuasive and or if more definite statements are required.

F. That the court would require me that I would have to be waited to be directed by the court to make any opposition or additional needed information.

G. That mistakenly, since I did not receive any correspondences or instruction by the court as what the court deems necessary for me to do in regards with the defendant's respond letter, I interpreted that the

court has denied the defendant's request asking the court for "motion to dismiss or in the alternative for a more definite statement".

H. That the court has decided that the defendant's arguments are not persuasive and since I did not hear from the court I assumed that therefore the court has denied the defendants motion.

I. That if additional information is required then the court will specify with a time frame and its precise dead line in writing to me with a copy to the other party. To me, it has always been important to follow the law and the instruction of the court step by step, and not specially the defendant misleading deception request directed to the court. A defendant who has been all along in the past 2.5 years has been trying very hard to have this case dismissed. A defendant that as an employer has broken all kinds of codes of ethical conducts, and has no regards for the health and safety of their hard working workers.

### MISINTERPRATION APOLOGY & MOTION FOR RECONSIDEATION

I. Your Honor, I also would like to acknowledge to you that I truly respect your decision. And, now that I have been reasonably more informed, educated and understand the Local Rule requirement in which automatically mandates to file an opposition within 14-days without having have to be ordered by the court to do so.

II. With full sorrow to your honor so as to I misinterpreted this requirement. Consequently, gratefully to your honor and through this letter I would like to make all necessary motions for reconsideration and reversing this "failed to opposition" ruling by the court.

### Additional Relevant Reasons Why To Reconsider and Other Circumstances:

1. Your Honor please notice that immediately after my arrival back home from the above intense hands on disaster training, although I was scheduled to work on my normal working position, but I was so worried about the court that has filed "motion to Dismiss my case that I had to request to take a day off from my work and to come in person to your office at the United States District Court, Springfield

Office for clarification of the "Motion to Dismiss" letter. On Friday, September 24, 2004, the federal court's "Deputy Clerk" was very kind to provide me with the copy of 125-Pages of the "Local Rules of the United States District Court for the District of Massachusetts, January 2, 2001 Edition". Although, since I am not an attorney I still don't quite understand most of the terms and terminology of this "Local Rules Manual", but at least I am now aware that there are such local rules and procedures that I am required to read and hopefully understand and follow. I was advised to file for "Motion for the Reconsideration", in which I am now doing by writing this letter.

2. Your Honor please notice that I have been working so hard to write this letter and bring all the facts to convince the court reversing this unjust dismissal of my case. This is a case that is all about workers safety at the above defendants work site, hoping to save lives or an injury. As a former concern supervisor I wanted as and wanting more than anything to create a healthy working atmosphere for my coworkers. I have been so worried that I don't even have time to go see my two small children after a one full week of helping our great American nation. Please notice that my wife has left me with our two small children shortly after the above defendant retaliatory terminated my employment.

3. I have chosen to represent myself for legal proceedings not by choice but by having no options otherwise. Please notice that I was notified on 7/13/2004 by this court that I have been denied an appeal for "Reconsideration for Appointment of Counsel".

4. To-date I have been unable to hire an attorney based on a contingency bases. Numerous attorneys that I have contacted so far they all required to be paid hourly in advance as the case unfolds. Although they all have voiced their view that I have a very good blunt case of retaliatory employment discharge case, but they have told me that they don't have the manpower and resources available to them to pursue such a high profile case up against "TYCO" a 36 billion dollars company.

5. In order to give you just a brief summary of the scenario of the events, please notice that my position by the above employer (defendants) as the "Manufacturing Supervisor" was unjustly terminated as the result of the immanent workers health and safety danger concerns that I had in good faith uncovered to the top

management. During my employment at the "Tyco, Ludlow Technical Products" I had witnessed many workers serious injuries. And, many more that happened before my employment there. <u>As a manufacturing supervisor I was very concerned about preventing additional workers injuries. One of my concern of the fear of the excessive combination of several combustible chemical powders in the department accumulated static charge, and in which had resulted in a massive explosion tragedy when a worker attempted to use his non explosive/ non grounded vacuum for housekeeping purposes. This caused the employee to severely burn 75% of his entire body, including greatly suffering a permanent disfiguration of his face, neck, shoulders and his entire both arms extending to his shoulders. In other instances, other department workers have had back injury. One person's entire arm went through a press machine causing permanent injury disfiguration. Almost every one of these accidental injuries was as a direct result of unsafe work environments created by the management's neglect in not identifying potential hazards. At the above defendant's work site orchestrated by the top management, in an attempt to speed up the production at all costs, were deliberately not enforcing safety standards, and overlooking safety procedures and to intentionally allowing workers to practice in unsafe work conditions and unsafely operating their machinery. They were rather to concentrate on the bottom line issue ($) rather than making workers safety their top priority.</u>

6. My position as a Manufacturing Supervisor was terminated as the result of just wanting a safe working condition for myself and my coworkers. <u>Please notice that all my requests were all done in totally good faith, to increase workers safety, reduce accidents, higher workers moral and efficiency in which would obviously translate into increase productivity and profitability for the company (please see already submitted original complaint to MCAD & OSHA for my corrective action approaches)</u>. Although, I had in good faith come up with strategies for corrective actions, but instead the above defendant chose to eliminate my position in it's entirely. They wanted me so bad to leave their work place that they even rejected my suggestion of assigning me a much lower pay position rather than eliminating my position. Please notice that I was the <u>only</u> employee among 900 employees in the history of the 20- year old company to that date that my position was eliminated, or considered laid-off. Please notice that at the time of employment termination I had more education that all other supervisors (total of 13 supervisors) and that I had more

employment length and seniority than 3- other supervisor in the same job classification and department.

7. Your honor please notice that as the direct result of the above conviction to get the workers safety rights and justice a my life has been miserable in the past 4-years (1.5 years during the employment and to date 2.5 years after the retaliatory employment discharge. As the direct result of my above steadfast principle, during, before and after my job loss I have suffered greatly, financially, emotionally, psychologically, a broken marriage and a family of two small children, (Please read the attached). By insisting in pursing this case even if I can prevent one unnecessary worker's injury then I can feel comfortable that I have achieved my mission.

8. I am counting on that this our great American democracy and the great American judicial system to give me a chance to verify to this court and to demonstrate the sequences of the above defendants wrongdoing evidences, to bring witnesses and to cross reference them, to have my voice heard and more than anything to stop other wrongdoers.

9. I m hoping by going through the trial it would make an example of the consequences if the similar unethical employers who deliberately at all cost don't follow the rules of the safe work practice and other ethical codes of conducts. The ones that (like the above defendant) are bluntly were encouraging top executives to take away safety and codes of conducts. They were coached to have one thing in their mind, to increase the production at all costs in order to increase the CEO's & CFO's personal stock market high and in return to get generous bonuses for its reward. As a Manufacture Supervisor I chose to get rewarded by having a clear conscious and to do the right thing to formulate workers safety my top priority.

## Other Submitted Legal Files and Position Statements for Courts Review

a)- Your honor, please notice that many of previously submitted correspondences to OSHA and MCAD letter contents are additional substantial information supporting of my complaint filing with the Federal Court and that they are relevant to this case that I have against

the above defendant. I apologize that they are very lengthy, but understanding and following the sequence, pattern and detail of events are extremely important in order to make the court's final decision making on this case.

### Amending My Original Complaint & Opposition to Defendant's Rebuttals

A)-   Your honor, as I mentioned at the beginning of this letter , just as a reminder please make a note that as soon as I am notified by the court that I have been granted in reconsideration of my case I will be preparing an appropriately a very detailed Opposition Position Statement to the above defendant's Motion to Dismiss Letter. Then after, additionally I would like to amend my original complaint for more define statement requested by the defendant.

B)-   Your honor, after the court's "Motion to Dismiss" has been revered I am confident that I can present you a list of various justifiable reasoning that would not only validate that reversing of the court's dismissal decision, but also would clearly demonstrate how the above defendant unjustly terminated my employment as the result of the immanent workers health and safety concerns that I had in good faith uncovered to the top management and asked for its associated corrective measurement.

## Final Closing Statement:

1)-   Your Honor I have been fighting on this case so vigorously for the reason of getting the American hard working justice, and to make my voice heard. That is what the principal of our democracy is all about. All along, and from the very beginning of initiating my complaint I had put confidence into our great American judicial processing and investigating processing to get the justice for me and many others.

2)-   An incorrect recommendation finding can easily lead to unthoughtful concluding decision making. The ultimate consequences are enormous and unquestionably can lead to a profound unjust, damaging and unchangeable effort. However, this pressing case of mine is not only about me. It is about achieving the mission of our

      great United States Constitution.

3)-    I believe the unlawful discriminatory misconducts by many of the unethical employers can be enforced to convey into compliance, but it takes having a genuine vision, initiative, determination, and courage without being afraid of getting over the speed bumps along the way. That is what I believe and have been working hard to achieve.

I look forward to your final appeal review response.


                                                      Very Respectfully Yours,

                                                      Behzad A. Samimi