MCAD. I am very sympathetic and sorry to your office that both this letter and my previous letter is very long, and that your office have to go through the trouble of reading them very carefully. But, it is very imperative that then and only after then that you can consider for yourself that the safety issues in my joint filings are in its entirely substantiated and factual indication to both cases of my MCAD filing and OSHA filing. After reading this long 17-pages of each elements and evidence supporting the elements you would be able to characterize its relevancy of contents are the pressing issues of the case. I believe to go forward with this case effectively, it should be considered areas of interconnection and question of secondary, as well as its cross-referencing, determination and its investigating process. For a very brief summary of understanding, my last page of that 17-pages of detail complaint letter summarizes as:

"In summary, I feel TYCO has discriminated against me and others as minorities. They have continued to create unsafe work environments, especially if those suffering are of minority backgrounds. I feel my position was unjustly terminated, as a result of the truths I had in good faith uncovered and the just conditions I asked for myself and my coworkers. It is not the individual incidents that are important. It is all about pattern. Pattern speaks for itself, and at my former workplace the disparate pattern was one of management intentionally & discriminatorily ignoring my concerns, and planning and executing their racially biased and motivated actions by showing repeated racial opposition toward me.              There are numerous other discrimination actions in many different discriminatory variation have occurred, but I have chosen to leave these out and only concentrate on those that directly affect health and safety. "

Although the names of filing agencies in my unique case are different, but, its reasoning are fully applicable.
As you can see from the date of my MCAD filing (August 1, 2002) I had also had extreme difficulty to meet the dead line for them. It was not until the August 6, 2002 that I was notified by MCAD (Ms. Laura Brelsford) that MCAD has no jurisdiction over OSHA investigation, and that I need to file with OSHA personally. I then, immediately added and addressed OSHA to that same letter. And, on the same day hand delivered a copy of my Joint filing of MCAD discrimination and OSHA discrimination with the Springfield., MA OSHA office. In addition to the above circumstantial indications, once again I would like to stress that even if I would have known of this unfair OSHA 30-day filing limitation it would have been absolutely impossible for me to be able to file effectively and orderly to a minimum acceptable filing standard. I was not able beyond my control, again not until the same date of my filing with MCAD on August 1, 2002.

- Please accept the followings as just a summary of some of my personal justification I had selected among many other personal difficulties that I deem could share comfortably with you.

Followings are only some of the explanations that I had chosen to bring to your attention. In which, it had prevented me by circumstances of various physical and mental conditions beyond my control for appealing within the time-limit with OSHA. Factors such as feeling of hopelessness and worthlessness after repeated job terminations, generalized extreme anxiety and depression disorder, traumatic stress disorder, panic attacks and phobias. Other compelling factors such as lack of medical insurance for me and my family, going through separation and divorce after my job retaliatory termination, not being able and prevented from freely visiting my children, going through visitation rights & custody court battles, paranoid that wife is planning to remove our children to her country (other than mine) and not returning, my brother going through the job loss, bankruptcy and nervous breakdown,, disabling parents going through the adverse effect major anxiety and depression requiring constant care, other hostile concerns caused by environmental factors, biological factors, psychological factors, socioeconomic factors, genetic cultural expectation & adaptation, compounded with a sudden drastic increase sequences of on going racial & ethnic disparities, racism, racial profiling, and racial hate crimes toward me and my property.

In addition to experiencing a major anxiety, worry and depression was encountering multitudinous adverse visible symptoms at the same time, as well as associated medications side effects. My magnitude of symptoms at time included but not limited to; difficulty thinking, concentration, making decisions, feeling paranoid, feeling disappointment, experiencing nightmares, frustration, fear, lack of energy, lack of fulfillment, at times thought of harming self, start smoking for the first time leading up to a pack a day, eating irregularity, neglecting self not keeping a lively life, restlessness, feeling on edge, sleep disturbance, irritability, being easily fatigued, extreme muscle tension including trembling, twitching, feeling shaky, and back aches, neck, shoulder and legs soreness.

On many occasions I had called MCAD and had spoken to Ms. Laura Brelsford from MCAD office and had explained in details of my physical and mental conditions and that I have been going through many different variances conflicting issues. I also had expressed my concerns particularly worried about that I may not be able meet the deadline of the 6-months MCAD filing limitation. In which, as you can see for yourself I also had barely met the deadline with the office MCAD, 6-months time limitation.

Followings situations are only additional substantiated and factual examples that I had selected to bring up to your attention. These situational circumstances had prevented me by means of various physical and mental conditions beyond my control for filing within the time-limit with OSHA. These predicament had continued all the way to the 6-months filing deadline with MCAD:

- In order to adequately show and proof the pattern and the historical background, as well as the employer's discriminatory safety courses of actions toward me and other minorities it was constitutive in my original letter for me to provide MCAD, and, or & OSHA office with the relevant employer disparate treatment from the very beginning of my employment (going back to approximately 21-months of my memory recollections, while experiencing many of the above symptoms simultaneously).

- In my particular case, I could not just write a draft opinion. The draft required extensive writing and research, while taking into account that English not being my native language. I, as a primary writer had to invest extensive time to refresh my memory blunted by the passage of time, while suffering from a major depression, anxiety and a somatic conditions. And, that I was unable to deal adequately with my legal issues, my children separation from me, other family members anxiety transformation affected by my stressful situations, and foremost going through my own divorce legal procedures shortly after my job retaliatory termination, resulting going through so many financial difficulty affairs after. In many times I had to find myself changing language in a draft without conscious thought, that procedural improvement needed, just writing a simple sentence seemed a big chore for me and sometimes impossible to complete (please see attached related documents).

- Other compounded happening incidents such as vandalism/ hit and run to my car while my car was parked in parking lot and no one in the car. Other incidents such as rock and tomato throwing to my property which all documented by the local police stations and ACLU. Getting routinely racially profiled, followed by the same officer in different occasions/ location, unfairly being cited for the traffic violation that did not commit while having an excellent driving record and actually was getting safety credit points for being an excellent driver (please see attached related documents).

- My wife of another country than mine (from Thailand) which is now realizing the facts that she has married to an Iranian man that is continuously twice in a row his job has been retaliatory terminated as the result of discrimination. She knows that his previous job elimination lasted him being unemployed for approximately one full year and she easily can recall the past and all the financial difficulties her family had gone through as the result. And, now only god knows how much longer this time her husbands unemployment status will last. Furthermore, knowing her husband's compassion for humankind, workers health & safety, civil rights and social justice, even if he gets a job after another year of unemployment, how much longer will it take again for him to loss his next job over. She has to think about the wellbeing, financial security of herself and foremost her two small children's. Obviously she sees

no clear future for her family with this man, which repeatedly being victimized and subjected of repeated retaliation of a job loss, and racial hate crimes. She is also a full time college student, learning English language, and mother of two small children, under those conditions can not be employed at this time. Not having a health insurance makes it extremely difficult for her family. She is from a country that has not fully experienced a retaliatory racial discrimination. And now after her husbands job loss, and thereafter, all she knows most likely her marriage with this man is going to be consisting of a continuous troublesome and a repeated wrongdoing against him along with a constant feeling worrisome of a future uncertainty of not having a normal life. She is now also same as her husband feeling hopeless. And, in a way she is frustrated that he always has to feel obligated and concerned about wellbeing of others and has many times jeopardized his job by doing the right things. Why can't he compromise his standards sometimes and do what is the best for his family? In fact now she is starting to blame him for losing his job. Why can't he be like many others, some even don't have the experience nor does the credentials that he has, but they are a lot more financially successful, and their family much more happier as the result. She also is aware that especially after the September 11 horrifying tragedy the backlashes against peoples of her husband's national origin (Middle Eastern decent) is getting worse and at its highest

To be honest in respect to what my wife has been feeling, I have also been feeling distressed and sorrowful for my wife and my two small children now. That, they also have to suffer and deal with all these predicaments. It is amazing, I have never been thinking that way. What if my wife when start working after her college graduation, or what if my two small children grow up and to get victimized the same way as me and subjected to work discrimination against them solely because they are related to an Iranian which naturally brings stereotype thinking from others. Although, I realize all these facts, but, it is wonderful that I still do not regret that in good faith I required my employer to correct their misconduct, and to see my colleagues, will probably get the health and safety they deserve. Many of my workers, colleagues including the wrongdoers management they were like family to me. For god sake you get attached to them. Many days, I had been seeing them at work much more than I have been seeing my wife or my children. I feel that I knew so especially much about my workers, their family, their unhappy mood and what how can makes them joyful. Especially in regard with my workers many times, I knew exactly how to motivate them, in order to increase productivity, lowering the waste, and increasing efficiencies. In just less than two years working there, I felt that I had known them all my life. I enjoyed talking with them, seeing them smile. It was like they were my children, and that I was worried about their health and safety. I don't know why management had to retaliate against me and terminate my job, when I

was equally worried about their health and safety as well, not just my workers only. I wanted to foster a healthy atmosphere company not a source of their ill health. Now, I am starting to get frustrated and disappointed again, why top management had to do what they had been doing others, specifically and intentionally targeting particularly minorities than others. Don't they care about humankind. It is not fair I just meant well,… why? Why?… I have been feeling so many things, and in so many direction. Occasionally, I try to give credit to myself, that at least I know in future when my children grow up I can look into their eyes and have no guilty conscious. And, that in future I still feel good about myself that I have not compromised my standards just for the sake of my own personal benefit. But, at present time, after my unexpected job retaliatory job loss, I know I had been feeling extremely hurt, and depressed of series of injustice, and unfairness at my workplace when all I intended to do, to do the right thing.….

- On the month of February, I had been told by a family member that my wife is planning after filling for divorce to leave this country and return to her country of Thailand with our two small children and not to return. Naturally, always loving my wife very much and our children this was extremely difficult for me. What if she would actually would do that. She had already moved out of our home to her sisters house and been living there. Without confronting her of what I have heard I had become extremely nervous and paranoid. I started to become overly beyond reason to spend a good quality of time with them at their sisters house. But, I was feeling uncomfortable there, and she wouldn't allow me to take them out freely. I wanted to do anything possibly I could have done to show them my love and devotion for my family and wanting so much for them to return back home.

- By the end the month of February my wife informed me, that she has seen a divorce attorney. This was a shock to me. I know after my job loss she had been talking about it, but I now, I am getting even more and more paranoid. On the month of June she informed me that she has planning in a week to leave the country to Thailand with our two children and to return after two months. I became much more paranoid that I almost had a nervous break down. The next day morning I went to the court without my wife's knowledge and asked for an emergency family court hearing. I explained to the nature of my situation and that there is a possibility that my wife would leave the country and not to return with our two children. The next day the judge had the sheriff serve my wife with a summon informing her that she is prohibited from leaving the Commonwealth of Massachusetts without permission of the court. When my wife received this notice, she had become extremely angry with me doing that. She continued to prevent me to see my two children freely, but now I am not even welcome to go see at her sisters house

- (please see attached related documents).

- On the month of July, my wife served me with a divorce court order. This was another shock for me. Again loving my wife very much, being frightened of losing her, and being paranoid not seeing my children ever again. Although I had a court order for her being prohibited from leaving the state, but as far as jurisdiction of the court, there was nothing to prevent her from actually doing that. Doing so, would have made her under the court contempt. But, if she is not coming back again in this country again, there is not much that court could do. Since her country is considered a third world country with a very limited and restricted international treaty it would have been extremely difficult for me if not impossible to ever see my two children ever again. Although she had told me that she has all the intention to return from her country, but, from what I had heard saying on contrary I could not just take that chance. She had filed for a divorce with me and all I wanted to believe what if she would actually would do that. Near the end of the month of July she informed me that her grandfather has just passed away and now she really has to leave. It was a no win situation for me, on July 29th we went to the court and I against my will gave the court my permission for my wife to leave the country with our two small children for approximately one full month. (I need to let you know that she had returned on August 30, 200 with our two children). At least on this issue I am now feeling much as ease. But, until they came back and since the month of February my life has been nothing but a series of continuous uninterrupted emotional nightmare beyond my control (please see attached related documents).

- Just before appearing to the court for a divorce/ separate summon and while attempting to meet the dead line of 6-months time limitations of MCAD on July 28, 2002 caused me to have a complete nervous breakdown requiring me to be taken by the ambulance to the hospital emergency room under intensive care treatment (please see attached related documents).

- The situation was becoming worse knowing as of February 28th we would have no family health insurance. At one time, when accidentally I had injured my finger, and since I could not afford the continuation of the employer very expensive so call "Cobra Insurance" caused me to neglect visiting a doctor for antibiotic treatment which caused a severe painful hand infection, requiring me having to use a clinic emergency room for treatment. (please see attached related documents).

- Additionally, due to a major anxiety disorder I was also suffering from a severe muscle tension, resulting to a sever back, and both leg pains. It was making it very difficult for me to walk, to stand up, and to sit down at times (please see attached related

documents).

- I had been prescribed to use various maximum dosage of anti-anxiety and anti-depression medication in order to be able to cope with the stressful situations. Using the medication alone had taken so energy away from me that I was not being able just to do many normal life activities, not along writing a 17-page memory recollection. Each time that I attempted to pick up a pen to write causing me the flash back of painful employment foregoing and the substructure in increased anxiety and heightened depression. No matter what dosage of medication I was prescribed by my doctor, still the symptoms would persist. The problem was that no medication was, or is able to eliminate or to reduce the circumstances of the series of misfortunate events that was continually happening to me all at the same time (please see attached related documents).

- In the process that I was going through all these depressive mental and physical conditions beyond my control, my other family members were also similarly and emotionally situated like mine. My brother also had recently before my job loss had his job. Similarly his wife also had decided to end her marriage with him. And, now and I can't even be supportive to him. He had to leave his house and to move in with me. His situation was so bad that just like mine not only he lost his job and marriage, but also going through a long period of time of emotional disorderliness causing him a complete severe nervous breakdown. Now, not only I was having rough time myself I had to share his emotional distress compounded with mine. His situations was combined with having had to go through his bankruptcy procedures and expressive of emotional backlashes . Loving my brother dearly I wanted so much to be his support at these difficult time of his life. But, the problem was that I was also going through the same thing and as well as very much near bankruptcy myself. It had been very painful for me not being able to help him financially, not having to go through his bankruptcy. In our country cultural belief going through bankruptcy is considered one of the most difficult circumstances in life. Family members are almost always are obligated to help each other in this painful proceeding in order to prevent this from happening. At the same time my parents seeing their two dear son major mental and physical conditions causing them experiencing their own dealings of major anxiety and depression to get much worse. At times, I would come home unexpectedly and see them into tears. Although, they tried so hard to hide their feelings, but we knew very well what they had been feeling. Just looking at them was enough to see everything inside. Additionally, our parents general disability and mental and physical conditions were intensifying by all these depressing series of events. Now, at that time, I had been feeling much more guilty seeing them this way, they needed support. All these responsibilities was too much for me to handle while at the

same time I had to do extensive job hunting and getting prepared with interviews, and meeting potential job placement contacts and networking (please see attached related documents).

- I needed support through my psychiatrist doctor I was referred to a community care mental health crisis center. They facilitated and I participate to an eight-week of anxiety and depression management support group learning the approaches and relaxation techniques in order to help me manage and reduce my major anxiety and depression disorders. This class had been very effective to me by the end of the completion of this training (please see attached related documents).

- Other distressing situational circumstances added with racial & ethnic disparities, racism, racial profiling, and racial hate crimes toward me, and my property. Including a vandalism/ hit and run to my car while my car was parked in parking lot while no one in my car two weeks before the job termination. This vandalism to my car caused a major damage to my car not fully paid by the insurance company. All the aggregations that had to go with the insurance company. Not being able to drive the car weeks after my job termination since I could not afford making the car driveable. Other incidents such as rocks, tomatoes throwing to my house, my car, and damage to my front yards property in the months of March, April and May which all documented by the local police stations. In addition I was getting racially profiled, followed by, and pulled over racially harassed by one of the same police officer in different occasions while having an excellent driving record and actually getting safety credit points for being a good driver. Although after a very long frustrating repeated phone calls to the office American Civil Liberties Union of Massachusetts (ACLU), two months after, on August 23rd I was notified that they decline to help me with a list of the reasons of their findings. Going through the series of happenings I was extremely frustrated and compounded to my adjunct anxiety and depression (please see attached documents).

Just writing this appeal letter has been extremely difficult for me, depriving me away from many commodity of family matters, legal issues, financial dealings, continuous current marital difficulties, child visitation and care, job search & upgrading skills, many other hardship that not feeling comfortable to share with you, and in general a major deprivation of a quality of normal life in that matters.

If it wasn't because of all the below listed active and ongoing continuous treatments and medication application., as well as that extensive 8-weeks anxiety/ depression support group, I would have never been able to meet the deadline for MCAD, and or now this OSHA appeal letter in that manner. Now, I had learned many of learning cognitive behavioral approaches and relaxation techniques to manage my anxiety and depression over time. This intensive support group training was completed on August 7, 2002. However, I am still not ready to go detached on my own, and still required actively under a complete care being treated by Doctor John D. Ferris, Therapist Donald Levy, and Psychologist Ph.D. Laurie H. Weinberg and continuing regularly my anxiety and depression medication. Many professionals have assisted me with my slow recovery process.

Following are the combined professional team working efforts in an on-going actively involved direct treatment process to me, professionals such as:

- Psychiatrist doctor in which was referred by the employer (Tyco) "Employee Assistance Program", M.D. George Kriebel, at Valley Medical Group, treatment for the duration of one month.
- Psychotherapist M.S.W., L.I.C.S.W. John A. Laneve, in which was referred by the employer (Tyco) "Employee Assistance Program", a Private Practitioner, treatment for the duration of one month.
- Therapist Mr. Donald Levy, DD/MH, M.A. at "Mount Tom Mental Heath Center"
- Psychiatrist M.D. John D. Ferris at "Mount Tom Crisis Mental Heath Center"
- Licensed Psychologist Ms. Laurie H. Weinberg, Ph.D., "a Private Practitioner"
- Therapist Ms. Jennifer Moore, MSW, "Mason Square Community Mental Center (b.h.n.), Pathway Program, Anxiety/ Depression Support Group Facilitator, and Therapist
- Therapist, Cerise Washington, Mason Square Community Care Mental Center (b.h.n.), Pathway Program, Anxiety/ Depression Support Group Co-Facilitator, and Therapist
  Other professional staff in which participated in my consultation therapy sessions in which had greatly assisted me and were actively involved with me on my treatment were also such as:

- Ms. Silvia Wilson, Orientation Case Manager, Community Care Center, Behavioral Health Pathway
- Ms. Zaismely Anderson, Community Care Center Case Manager, Behavioral Health Pathway
- Ms. Ana Martinez, Mason Square Bay State Medical Center, Counselor, Access services

Many thanks to all the above professionals and many others public

community care and admirable exploits for their continuous support. They are truly the community hero's, my hero's and my family's hero's.

In conclusion, through my recent dealings with suffering a major anxiety and depression disorder for the first time in my life after my retaliatory and discriminatory job loss, I would like to share with you some of my findings about my own experience. At the end of the completion of my latest 8-weeks anxiety and depression support group training class, I had shared with the group some of the common feelings of an individual of this type of disturbance thoughts beyond personal control. The depressed, and anxious disorder individual could be resembled with a person that is in love, hence at the same time very contrasted and a very disturbing feeling.

" Depression and anxiety disorder is like love. It is a state of mind that overwhelms and distorts the senses. The whole world looks and feels different. But, whereas love seems to imbue all the molecules of the earth with a heavenly, light energy, the depression and anxiety increases the weight of the world until finally it is too dense and dark to stand up in. Worse, the self loses its value in such an atmosphere. The depressed and anxious disorder person is but one more grain of sand washed up on an endless, meaningless beach. Like men & women in love the depressed and anxious disorder person can think of or feel beyond that experience".

I believe most appellant being a non lawyers are at great disadvantage, because they are unfamiliar with legal research and legal writing techniques. Thus, all too often the theoretical right to appeal is frustrated by the reality of our complicated legal system. As I'm sure that you are also agree to the fact that appallee as correspondents, does not consider that each appeal is just another complaint to be handled, and tackle it in a routine way. The mission of improving appellate in not be achieved effectively. As you have experienced many times appellants show the law makers where the laws are weak in our society or a public service. It is seldom that an appeal is wholly unjustified. There is usually some ground for the appeal writing. Most appeals are legitimate reasoning in which appallee welcome with open arms. They open the way for an investigation, since if no one appealed, the handling and fairness of law will be diminished. After all, they are a barometer because you they point out our week spots. I am sure that as I know you as appallee are always glad that appeallents write to you. Because you know it will give the law makers a chance to make thing right.

The emphasis is that You and only You the honoring board of appeal can make law on an appeal. As I am sure again many times you have experienced That it is great feeling to know that you have had a major effect on the laws of our society, regardless of how insignificant to civilization the issue may be at times.

Behzad A. Samimi                    09/04/02                    Page 14 of 14

It has been an honor for me, having had the opportunity writing this appeal letter. Would like to express my grateful appreciation for going through another long letter of mine and as I am sure many others letters each day. I applaud you and your staff for the tremendous work you have accomplished, and still have ahead of you. I would be more than glad to furnish you with additional information or documentation if you would like to.

I look forward to your final appeal review response.

                                        Very truly yours,

                                        [signature]

                                        Behzad A. Samimi

# U.S. Rarely Seeks Charges For Deaths in Workplace

**By DAVID BARSTOW**

Every one of their deaths was a potential crime. Workers decapitated on assembly lines, shredded in machinery, burned beyond recognition, electrocuted, buried alive — all of them killed, investigators concluded, because their employers willfully violated workplace safety laws.

These deaths represent the very worst in the American workplace, acts of intentional wrongdoing or plain indifference that kill about 100 workers each year. They were not accidents. They happened because a boss removed a safety device to speed up production, or because a company ignored explicit safety warnings, or because a worker was denied proper protective gear.

And for years, in news releases and Congressional testimony, senior officials at the federal Occupational Safety and Health Administration have described

---

Each year, federal and state workplace safety agencies cite roughly 100 companies for willful safety violations that killed workers. Yet they seek prosecution in only a fraction of those cases.



Number of fatality cases involving willful safety violations

Number of prosecutions

'82    '90    '00

The New York Times

## WHEN WORKERS DIE

*Second of three articles:*
A Culture of Reluctance

---

these cases as intolerable outrages, "horror stories" that demanded the agency's strongest response. They have repeatedly pledged to press wherever possible for criminal charges against those responsible.

These promises have not been kept.

Over a span of two decades, from 1982 to 2002, OSHA investigated 1,242 of these horror stories — instances in which the agency itself concluded that workers had died because of their employer's "willful" safety violations. Yet in 93 percent of those cases, OSHA declined to seek prosecution, an eight-month examination of workplace deaths by The New York Times has found.

What is more, having avoided prosecution once, at least 70 employers willfully violated safety laws again, resulting in scores of additional deaths. Even these repeat violators were rarely prosecuted.

OSHA's reluctance to seek prosecution, The Times found, persisted even when employers had been cited before for the very same safety violation. It persisted even when the violations caused multiple deaths, or when the victims were teenagers. And it persisted even where reviews by administrative judges found abundant proof of willful wrongdoing.

Behind that reluctance, current and former OSHA officials say, is a bureaucracy that works at every level to thwart criminal referrals. They described a bureaucracy that fails to reward, and sometimes penalizes, those who push too hard for prosecution, where aggressive enforcement is suffocated by endless layers of review, where victims' families are frozen out but companies adeptly

*Continued on Page A20*

---



**Baubles, Bar gles an**
Sharia al-Nahar, a narrow middle-class Iraq s since th

---

# ILLINOIS TO SEE DRUG EXEMPT

Plan to Buy From C
Is Met With Resista

**By MONICA DAVEY**

CHICAGO, Dec 21 — Rod gojevich, the governor of Illir ask the federal authorities to the state to ignore federal buy prescription drugs from aides said Sunday.

The request, which was r skepticism by a federal of the late          cal maneuv swell               e from lo stat le               t costs b drugs outside the country's

Mr. Blagojevich, who pl send the request on Monday my G. Thompson, he secr