UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEHZAD A. SAMIMI,<br>      Plaintiff,<br><br>v.<br><br>TYCO HEALTHCARE/LUDLOW/KENDALL – LUDLOW TECHNICAL PRODUCTS, LTP,<br>      Defendants. | Civil Action No. 04-30115-KPN |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

Defendant, Ludlow Technical Products, a Division of Tyco Healthcare Group LP (hereinafter "Ludlow")[1] opposes Plaintiff's Motion for Reconsideration based on the arguments set forth in its Motion to Dismiss. Ludlow reserves the right to supplement this opposition should it be necessary.

Respectfully submitted,

LUDLOW TECHNICAL PRODUCTS, A DIVISION OF TYCO HEALTHCARE GROUP LP
By its attorneys,

/s/ Stephen T. Paterniti
Andrew C. Pickett, BBO #549872
Stephen T. Paterniti, BBO #564860
Jackson Lewis LLP
75 Park Plaza
Boston, MA  02116
(617) 367-0025

Dated:  October __, 2004

---

[1] Plaintiff misnames Ludlow in his Complaint as Tyco Healthcare/Ludlow/Kendall-Ludlow Technical Products, LTP. Ludlow is unaware of any entity with the name alleged by Plaintiff.

## CERTIFICATE OF SERVICE

A copy of the above document was served this ___ day of October, 2004, upon Plaintiff, Behzad A. Samimi, 36 Emerald Road, Springfield, MA 01119, via first class mail.

/s/ Stephen T. Paterniti
Jackson Lewis LLP

H:\PaterniS\tyco healthcare\ludlow\Samimi\pleadings\opposition to motion for reconsideration.doc