UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Behzad A. Samimi (pro-se)

v.                                   CASE NO. 04-30115-KPN

Tyco Healthcare/Ludlow/Kendall/LTP

### NOTICE OF APPEAL

Notice is hereby given that Behzad A. Samimi above named, hereby appeals from the Denial of Reconsideration and to amend my original filed complaints of June 17, 2004 entered in the above entitled action on 10/25/04.

11/24/04
Date