# United States Court of Appeals
## For the First Circuit

USDCMA
04-30115
Judge Ponsor

No. 04-2632



BEHZAD A. SAMIMI,

Plaintiff, Appellant,

v.

TYCO HEALTHCARE/LUDLOW/KENDALL-LUDLOW,
TECHNICAL PRODUCTS, LTP,

Defendant, Appellee.

———

**JUDGMENT**

Entered:  December 1, 2005

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. See 1st Cir. R. 27(c).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/27/06

**By the Court:**

RICHARD CUSHING DONOVAN

———————————————
Richard Cushing Donovan, Clerk

[cc: Mr. Samimi & Mr. Hughes.]